```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JOSIF LENTOS,                  )
                               )
          Plaintiff,           )         4:07CV3045
                               )
     v.                        )
                               )
HAWKINS CONSTRUCTION COMPANY,  )         ORDER
                               )
          Defendant.           )
                               )
```

IT IS ORDERED:

Defendant's motion for time, filing 17, is granted, and

1. The deadline for disclosing expert witnesses is extended to September 29, 2007.

2. The deposition deadline is extended to October 21, 2007, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

DATED this 14th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge