IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSIF LENTOS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3045 |
| | ) | |
| v. | ) | |
| | ) | |
| HAWKINS CONSTRUCTION COMPANY, | ) ) | ORDER ON PLAINTIFF'S MOTION TO EXTEND |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Plaintiff's Motion to Extend, filing 19, is granted;

2. the plaintiff is granted an additional 10 days to October 1, 2007, to file his response to the Defendant's Motion for Summary Judgment; and

3. the defendant "may file a reply brief and index of evidence no later than five (5) days after the nonmoving party files and serves the opposing brief."  (NECivR 7.1(b)(1)(c)).

Dated September 24, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge