IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSIF LENTOS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3045 |
| | ) | |
| v. | ) | |
| | ) | |
| HAWKINS CONSTRUCTION COMPANY, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Stipulation for Dismissal With Prejudice, filing 31, is adopted and the above-captioned case is dismissed with prejudice with each party bearing his and its own costs, complete record waived.

Dated December 4, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge